STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. COOPER SPARKS, PLAINTIFF IN ERROR.

Argued November 17, 1920—Decided February 28, 1921.

On appeal from the Supreme Court.

For the plaintiff in error, *Clarence L. Cole.*

For the defendant in error, *Daniel W. Beckley,* prosecutor of the pleas.

PER CURIAM.

The question raised and argued on the writ of error in this case has been considered in the case of *State* v. *Fisher*, No. 35 of the present November term, 1920 (*ante p.* 419) ; and, for the reason stated in the opinion in that case, the judgment of affirmance brought up from the Supreme Court on this writ of error must be reversed, to the end that a new trial may be granted in the Quarter Sessions.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 12.

For the plaintiff in error, *Clarence L. Cole.*

For the defendant in error, *Daniel W. Beckley*, prosecutor of the pleas.